UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
TIMOTHY HERNANDEZ, on behalf of himself and all others similarly situated,

                            Plaintiff,

-v.-

THE RUG COMPANY, LTD

                            Defendant.
---------------------------------------------------------------------x

Civil Action No:
1:24-cv-6923

**SO ORDERED.**
/s/ Cheryl L. Pollak
Cheryl L. Pollak
U.S.M.J.
E.D.N.Y.
5/8/2025

The Clerk is respectfully directed to close the case.

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 6, 2025

| For Plaintiff Timothy Hernandez | For Defendant THE RUG COMPANY, LTD |
|---|---|
| */s/ Rami Salim*<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | */s/ Joseph J. Lynett*<br>Joseph J. Lynett<br>Jackson Lewis P.C.<br>666 Third Ave 29th flr<br>New York, NY 10017<br>Ph: (212) 545-4000<br>Joseph.lynett@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Rami Salim*
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
